1  **Poliquin & DeGrave LLP**
   Douglas M. DeGrave, SBN 100555
2  ddegrave@pdattorneys.com
   James S. Morse, SBN 126212
3  Jmorse@pdattorneys.com
   22972 Mill Creek Drive
4  Laguna Hills, CA  92653
   Tel:  (949) 716-8230
5  Fax:  (949) 716-4750
6

7  Attorneys for Defendant, COSTCO WHOLESALE CORPORATION, erroneously sued and
   served as COSTCO WHOLESALE MEMBERSHIP, INC., a California company
8

9               **UNITED STATES DISTRICT COURT**

10     **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

11

12 ANNETTE SERNA an individual,        )  Case No.   8:22-CV-1510
   ALEXANDER NATANSON, an individual,  )
13                                      )  [Orange County Superior Court Case No.:
                                        )  30-2022-01261553-CU-PO-CJC
14                                      )
              Plaintiff,                )
15                                      )
                                        )
16      vs.                             )  **DEFENDANT'S NOTICE OF REMOVAL**
                                        )  **OF ACTION UNDER 28 U.S.C. §§1332**
17                                      )  **AND 1441(B)**
                                        )
18 COSTCO WHOLESALE MEMBERSHIP,         )
   INC., a California company; JEFF PIERINI, )
19 an individual; and DOES 1 to 100, inclusive, )
                                        )
20                                      )
                                        )
21            Defendants.               )
                                        )
22 _____)

23

24     **TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

25         **PLEASE TAKE NOTICE** that defendant, COSTCO WHOLESALE CORPORATION

26 (COSTCO) hereby removes the state court action described below to the above-captioned court

27 on the following grounds:

28 ///

-1-

1.      On or about May 25, 2022, plaintiffs, ANNETTE SERNA and ALEXANDER NATANSON,, ("plaintiffs") filed Case No. 30-2022-01261553-CU-PO-CJC against Costco Wholesale Corporation, erroneously sued and served as Costco Wholesale Membership, Inc., and Jeff Pierini in the Superior Court of California, County of Orange, entitled *Annette Serna Alexander Natanson, vs. Costco Wholesale Membership. Inc.,* a California company *and Jeff Pierini,* an individual. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2.      The complaint, on its' face, did not provide any basis upon which to remove the case to Federal Court. Although it incorrectly identified Costco as a California company, Jeff Pierini was believed to be a California resident.

3.      Counsel discussed the joinder of Jeff Pierini and the possible removal of this case to Federal Court early in the case. At that time, there appeared to be no basis for removal and plaintiff's attorney was advised that we would proceed in state court.

4.      An answer was filed in the Superior Court for the County of Orange on August 1, 2022. A true and correct copy is attached hereto as Exhibit 2.

5.      On August 10, 2022, it was determined that Mr. Pierini was not employed by Costco at the time of the alleged incident.

6.      Defendant, Jeff Pierini retired from Costco five or six years ago, two to three years before the incident involving plaintiff. Since Mr. Pierini was not an employee of Costco in any capacity on August 21, 2020, he cannot be liable for the acts alleged by plaintiff.

7.      Jeff Pierini, who has not been served with the Summons and Complaint, was named to defeat diversity jurisdiction. Since he was not employed by Costco when the incident occurred, his inclusion in this case is improper and constitutes a fraudulent joinder.

8.      Defendant, Costco Wholesale Corporation, is, and at all relevant times was, a corporation duly organized and existing under the laws of the State of Washington, with its principal place of business in Issaquah, Washington. Defendant is not, and was not at any relevant time, a citizen or resident of California.

///

9.     Plaintiff is, and at all relevant times was, a citizen of California, domiciled and residing in California.

10.    This is a civil action between parties domiciled in different states, over which this court has original jurisdiction under 28 U.S.C. § 1332, and therefore it may be removed to this Court by defendant, Costco, pursuant to the provisions of 18 U.S.C. § 1441(b)

11.    As stated, Defendant Costco is, and at all relevant times was, a corporation duly organized and existing under the laws of the State of Washington and thus there is diversity.

12.    In addition, it was not initially clear from the pleading whether the amount in controversy exceeded $75,000.

13.    On May 23, 2022, plaintiffs prepared a Statement of Damages pursuant to California Code of Civil Procedure § 425.11, identifying special damages in the amount of $500,000 and general damages in the amount of $1,500,000.  A true and correct copy of the Statement of Damages is attached hereto as Exhibit 3.

14.    Based on the nature and extent of the alleged injuries, the treatment and recovery involved, and the amount of the special damages claimed, the amount in controversy exceeds the $75,000 jurisdictional minimum of the Court.

15.    On August 11, 2022, counsel for Costco spoke with plaintiff's counsel, Andy Mendoza by telephone to advise him of the Notice of Removal in light of the fact that Jeff Pierini was determined to have already been retired at the time of the incident.

16.    The time in which defendant is required to file a Notice of Removal has not yet expired, as set forth in 28 U.S.C. 1446(b)(3).

17.    Removal to this Court is proper, as the Superior Court of the State of California, County of Orange, where this action was commenced, is located within the Central District of California.

18.    Defendant will give written Notice of the filing of this Notice as required by 28 U.S.C. § 1446(d), and will file a copy of this notice with the Clerk of the Orange County Court, as required by 18 U.S.C. § 1446(d).

///

1        WHEREFORE, defendant, Costco Wholesale Corporation, respectfully requests that the

2   above-captioned matter be removed to this court.

3

4   DATED:  August 11, 2022                    **Poliquin & DeGrave LLP**

5

6                                    By:

7                                    DOUGLAS M. DeGRAVE

8                                    JAMES S. MORSE

9                                    Attorneys for Defendant,
COSTCO WHOLESALE
CORPORATION, erroneously sued and
served as COSTCO WHOLESALE
MEMBERSHIP, INC., a California
company

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-