UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SACV 22-1510-KK-JDEx** | Date: | July 1, 2024 |
| Title: | *Annette Serna, et al. v. Costco Wholesale Membership, Inc., et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed for Failure to File Joint Post-Mediation Report

On December 28, 2023, the Court issued an Order requiring the parties to file a Joint Report regarding the outcome of the parties' second mediation, which was scheduled for January 17, 2024, no later than 48 hours after completion of the proceeding. ECF Docket No. ("Dkt.") 42.

On January 19, 2024, the parties filed a Joint Status Report indicating the January 17, 2024 mediation had been "postpone[d]" and the parties would "work together to get [a] new date for mediation in the next 4 to 6 weeks or as soon as reasonably possible." Dkt. 47.

On May 29, 2024, the parties filed a Joint Stipulation seeking a continuance of pretrial and trial dates and deadlines. Dkt. 53. In their Joint Stipulation, the parties stated their second mediation had been rescheduled for June 3, 2024. Id. at 2.

The parties were, therefore, required to file a Joint Report regarding the outcome of the parties' second mediation no later than June 5, 2024. However, to date, the Court has not received a Joint Report. The parties are, therefore, in violation of the Court's December 28, 2023 Order.

The Court has inherent power to impose sanctions for "willful disobedience of a court order[.]" See Evon v. Law Offices of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012). Before imposing sanctions, the Court will afford the parties an opportunity to explain their failure to file a Joint Report as directed by the Court's December 28, 2023 Order.

      Accordingly, Plaintiff and Defendant are **ORDERED TO SHOW CAUSE** in writing why sanctions should not be imposed.  The parties shall have **up to and including July 5, 2024** to file responses to this Order.

      **Furthermore, Plaintiff is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  <u>See</u> FED. R. CIV. P. 41(b).**

      **IT IS SO ORDERED.**