REDACTED

FILED
CLERK, U.S. DISTRICT COURT
10/2/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: NP DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE SERNA, an individual<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>COSTCO WHOLESALE CORPORATION, a company<br><br>　　　　　　　　　　Defendant. | Case No. SACV 22-1510-KK-JDE<br><br>**VERDICT FORM** |

# VERDICT FORM

We, the jury, find as follows:

**QUESTION 1:**

Was Defendant negligent?

_____YES   \_\_\_\_X\_\_\_\_\_NO

If you answered "yes," answer question 2. If you answered "no," then stop here and have the presiding juror sign and date this form.

**QUESTION 2:**

Was Defendant's negligence a substantial factor in causing harm to Plaintiff?

_____YES   _____NO

If you answered "yes," answer question 3. If you answered "no," then stop here and have the presiding juror sign and date this form.

**QUESTION 3:**

What are Plaintiff's total damages? Do not reduce the damages based on the fault, if any, of Plaintiff or others.

    a. Past Economic Loss

        Medical expenses $_____

    b. Future Economic Loss

        Medical expenses $_____

    c. Past noneconomic loss, including physical pain and mental suffering:

        $_____

    d. Future noneconomic loss, including physical pain and mental suffering:

        $_____

        TOTAL (a + b + c + d) $_____

If Plaintiff has proved any damages, then answer question 4. If Plaintiff has not proved any damages, then stop here and have the presiding juror sign and date this form.

**QUESTION 4:**

Was Plaintiff negligent?

_____YES  _____NO

If you answered "yes," answer question 5. If you answered "no," then stop here and have the presiding juror sign and date this form.

**QUESTION 5:**

Was Plaintiff's negligence a substantial factor in causing her harm?

_____YES  _____NO

If you answered "yes," answer question 6. If you answered "no," then stop here and have the presiding juror sign and date this form.

**QUESTION 6:**

What percentage of responsibility for Plaintiff's harm do you assign to the following?

    Defendant    _____%
    Plaintiff    _____%
    Total        100%

Date: 10/2/2024

Jury Foreperson