JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE SERNA, an individual<br><br>                    Plaintiff,<br><br>       v.<br><br>COSTCO WHOLESALE CORPORATION, a company<br><br>                    Defendant. | Case No. SACV 22-1510-KK-JDE<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT** |

      This action came on for jury trial, the Honorable Kenly Kiya Kato, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and that Plaintiff shall take nothing. Accordingly, the action is dismissed on the merits.

Dated: October 3, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge